UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE VALENCIA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/22/2022_____

15 Cr. 163 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 18, 2022, Defendant moved for early termination of supervised release. ECF No. 86. The Government and the Probation Department do not oppose his request. *Id*. The Court finds that early termination of supervised release is warranted based on the conduct of Defendant and the interest of justice. 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's supervised release is terminated.

SO ORDERED.

Dated: August 22, 2022
New York, New York

ANALISA TORRES
United States District Judge